**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JERRY PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14-CV-1755-SPM |
| | ) | |
| MYRTLE HILLIARD DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff brings this action under Title VII of the Civil Rights Act of 1964 for alleged employment discrimination. "In order to initiate a claim under Title VII a party must timely file a charge of discrimination with the EEOC and receive a right-to-sue letter." Stuart v. General Motors Corp., 217 F.3d 621, 630 (8th Cir. 2000). Plaintiff has not filed a copy of the right-to-sue letter. Consequently the complaint is not properly before the Court, and the Court will order the plaintiff to supplement the complaint by submitting a copy of the right-to-sue letter within twenty-one (21) days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a copy of the right-to-sue letter within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 23rd day of October, 2014.

_____
**SHIRLEY A. PADMORE MENSAH**
**UNITED STATES MAGISTRATE JUDGE**